FOR COURT USE ONLY

**FILED & ENTERED**

JUL 10 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re:

**RANDY RAMIREZ**

Debtor(s).

CASE NO. 8:18-bk-12466-CB

CHAPTER: 13

**ORDER TO SHOW CAUSE**

DATE: July 24, 2018
TIME: 10:00 a.m.
COURTROOM: 5D
PLACE: 411 W Fourth St
       Santa Ana CA 92701

In the above entitled bankruptcy case,

☐ _____ ("Attorney") failed to file a status report.

☐ _____ ("Attorney") failed to appear at _____.

☐ Debtor has failed to file schedules or other petition-related documents.

☐ Debtor failed to disclose prior bankruptcies on page 3 of the petition

☐ Debtor is an entity that must be represented by an attorney. [LBR 9011-2(a)]

☒ Other: Debtor to appear and explain the purpose and feasibility of the current filing given the multiple prior unsuccessful bankruptcies.

It is ORDERED that **DEBTOR RANDY RAMIREZ AND ATTORNEY RONALD NORMAN** shall personally appear at the DATE, TIME and PLACE referenced above. Appearance counsel not permitted. Attorney Norman must appear in person.

☒ It is further ORDERED that on or before July 20, 2018, Debtor shall file a declaration under penalty of perjury explaining the purpose and feasibility of the bankruptcy filing given the prior bankruptcies and the failure to file case commencement documents for the third consecutive bankruptcy.

☒ At the hearing, the Court will determine whether the above entitled bankruptcy case should be dismissed as filed improperly.

☒ At the hearing, the Court will determine whether sanctions will be imposed.

###

Date: July 10, 2018

Catherine Bauer
United States Bankruptcy Judge

---

This form is for the **EXCLUSIVE** use of the United States Bankruptcy Court, Central District of California, Santa Ana Division.

*Sept 2013*