Peter C. Anderson
United States Trustee
Frank M. Cadigan, SBN 095666
Assistant U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
frank.cadigan@usdoj.gov

**FILED & ENTERED**

**JUL 26 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman     DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RANDY RAMIREZ,<br><br>    Debtor. | Case Number: 8:18-bk-12466-CB<br><br>Chapter 13<br><br>ORDER CONTINUING HEARING RE: ORDER TO SHOW CAUSE AND ORDER COMPELLING PERSONAL APPEARANCES OF THE DEBTOR RANDY RAMIREZ, ATTORNEY RONALD A. NORMAN AND RICK DELA RIVA, AKA RICK DE LA RIVA, AKA RICHARD D. RIVA AKA JAMES RIVA<br><br>Date: August 7, 2018<br>Time:  10:00 A.M.<br>Courtroom: 5D<br>Address:    411 W 4th St, Santa Ana, CA 92701 |

A hearing was held on July 24, 2018, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on the Court's Order to Show Cause filed July 10, 2018 as Docket #4 ("OSC") requiring the Debtor to appear, in person, with his attorney Ronald A. Norman and explain the purpose and feasibility of the current filing, given the multiple prior unsuccessful bankruptcies.

Appearances were made by the Debtor, appearance counsel John Edwards from the Law Offices of Ronald A. Norman and Frank Cadigan on behalf of the US Trustee's Office.

The Court noted attorney Ronald A. Norman failed to appear in spite of the language in the OSC stating: "Appearance counsel not permitted. Attorney Norman must appear in person." Mr. Norman also failed to file the required declaration under penalty of perjury explaining the purpose and feasibility of the bankruptcy.

The Court having heard the statements of counsel, noted the absence of Mr. Norman and with good cause shown,

**IT IS ORDERED:**

1. The Court's Order to Show Cause is continued and Debtor, Randy Ramirez, attorney Ronald A. Norman, and Rick Dela Riva, aka Rick De La Riva, aka Richard D. Riva aka James Riva are ordered to personally appear before this Court on **August 7, 2018 at 10:00 a.m.,** in the Courtroom of the Honorable Catherine E. Bauer, United States Bankruptcy Judge, Courtroom 5D, located in the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, CA 92701.

2. Attorney Ronald A. Norman shall file a Declaration, on or before August 2, 2018, under penalty of perjury explaining the purpose and feasibility of the bankruptcy filing given the prior bankruptcies and the failure to file case commencement documents for the third consecutive bankruptcy. Included in the Declaration attorney Ronald A. Norman shall also explain his relationship to Mr. Riva.

3. Failure of any of the parties to personally appear on August 7, 2018 at 10:00 a.m. may subject that party to sanctions and/or a bodily detention order to be issued by this Court and executed by the U.S. Marshal's Service.

Date: July 26, 2018

Catherine Bauer
United States Bankruptcy Judge

2