PETER C. ANDERSON
United States Trustee
Frank M. Cadigan (Bar No. 95666)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  Frank.Cadigan@usdoj.gov

<div align="center">

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

</div>

| | |
|---|---|
| IN RE:<br><br>RANDY RAMIREZ,<br><div align="right">Debtor.</div> | CASE NUMBER:  8:18-bk-12466-CB<br><br>CHAPTER 13<br><br>**Certificate Re:** Proof of Service of  ORDER CONTINUING HEARING RE: ORDER TO SHOW CAUSE AND ORDER COMPELLING PERSONAL APPEARANCES OF THE DEBTOR RANDY RAMIREZ, ATTORNEY RONALD A. NORMAN AND RICK DELA RIVA, AKA RICK DE LA RIVA, AKA RICHARD D. RIVA AKA JAMES RIVA<br><br>DATE: August 7, 2018<br>TIME:  10:00 a.m.<br>CRTM: "5D"<br>ADDRESS: 411 West Fourth St.,<br>            Santa Ana, Ca  92701 |

TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE,  THE DEBTOR RANDY RAMIREZ DEBTOR'S ATTORNEY RONALD A. NORMAN AND RICK DELA RIVA, AKA RICK DE LA RIVA, AKA RICHARD D. RIVA AKA JAMES RIVA

Attached hereto is the Proof of Service for the Order Continuing Hearing Re: Order to Show Cause

and Order Compelling Personal Appearances of The Debtor Randy Ramirez, Attorney Ronald A. Norman

And Rick Dela Riva, Aka Rick De La Riva, Aka Richard D. Riva Aka James Riva

<div align="center">Respectfully Submitted,</div>

Dated:    7/26/18                           /s/ Frank Cadigan
                                            Frank Cadigan
                                            Assistant U.S. Trustee

1  Peter C. Anderson
   United States Trustee
2  Frank M. Cadigan, SBN 095666
   Assistant U.S. Trustee
3  411 West Fourth Street, Suite 7160
   Santa Ana, CA  92701-8000
4  Tel: 714-338-3400
   Fax: 714-338-3421
5  frank.cadigan@usdoj.gov

6

7

8                    UNITED STATES BANKRUPTCY COURT

9           CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re:                              Case Number: 8:18-bk-12466-CB

12  RANDY RAMIREZ,                      Chapter 13

13              Debtor.                 ORDER CONTINUING HEARING RE: ORDER
                                        TO SHOW CAUSE AND ORDER
14                                      COMPELLING PERSONAL APPEARANCES
                                        OF THE DEBTOR RANDY RAMIREZ,
15                                      ATTORNEY RONALD A. NORMAN AND
                                        RICK DELA RIVA, AKA RICK DE LA RIVA,
16                                      AKA RICHARD D. RIVA AKA JAMES RIVA

17                                      Date: August 7, 2018
                                        Time:  10:00 A.M.
18                                      Courtroom: 5D
                                        Address:    411 W 4th St, Santa Ana, CA 92701
19

20      A hearing was held on July 24, 2018, at 10:00 a.m., before the Honorable Catherine E. Bauer,

21  United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411

22  West Fourth St., Santa Ana, CA, on the Court's Order to Show Cause filed July 10, 2018 as Docket #4

23  ("OSC") requiring the Debtor to appear, in person, with his attorney Ronald A. Norman and explain the

24  purpose and feasibility of the current filing, given the multiple prior unsuccessful bankruptcies.

25      Appearances were made by the Debtor, appearance counsel John Edwards from the Law Offices

26  of Ronald A. Norman and Frank Cadigan on behalf of the US Trustee's Office.

27

28

                                        1

**FILED & ENTERED**

JUL 26 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman      DEPUTY CLERK

CHANGES MADE BY COURT

1    The Court noted attorney Ronald A. Norman failed to appear in spite of the language in the OSC

2    stating: "Appearance counsel not permitted. Attorney Norman must appear in person."   Mr. Norman

3    also failed to file the required declaration under penalty of perjury explaining the purpose and feasibility

4    of the bankruptcy.

5    The Court having heard the statements of counsel, noted the absence of Mr. Norman and with

6    good cause shown,

7    **IT IS ORDERED:**

8    1.    The Court's Order to Show Cause is continued and Debtor, Randy Ramirez, attorney

9    Ronald A. Norman, and Rick Dela Riva, aka Rick De La Riva, aka Richard D. Riva aka James Riva are

10    ordered to personally appear before this Court on **August 7, 2018 at 10:00 a.m.,** in the Courtroom of

11    the Honorable Catherine E. Bauer, United States Bankruptcy Judge, Courtroom 5D, located in the

12    Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, CA

13    92701.

14    2.    Attorney Ronald A. Norman shall file a Declaration, on or before August 2, 2018, under

15    penalty of perjury explaining the purpose and feasibility of the bankruptcy filing given the prior

16    bankruptcies and the failure to file case commencement documents for the third consecutive

17    bankruptcy.  Included in the Declaration attorney Ronald A. Norman shall also explain his relationship

18    to Mr. Riva.

19    3.    Failure of any of the parties to personally appear on August 7, 2018 at 10:00 a.m. may

20    subject that party to sanctions and/or a bodily detention order to be issued by this Court and executed

21    by the U.S. Marshal's Service.

22

23    Date: July 26, 2018

24                                                    Catherine Bauer
                                                      United States Bankruptcy Judge

25

26

27

28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 3801 University Ave., #720, Riverside, CA  92501

A true and correct copy of  ORDER CONTINUING HEARING RE: ORDER TO SHOW CAUSE AND ORDER
COMPELLING PERSONAL APPEARANCES OF THE DEBTOR RANDY RAMIREZ, ATTORNEY
RONALD A. NORMAN AND RICK DELA RIVA, AKA RICK DE LA RIVA, AKA RICHARD D. RIVA
AKA JAMES RIVA will be served or was served **(a)** on the judge in chambers in the form and manner required by
LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling
General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On July 26, 2018, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Amrane (SA) Cohen (TR)      efile@ch13ac.com

- Ronald A Norman     ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com

- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:  On July 26, 2018, I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Randy Ramirez, 120 S Milton Street, Anaheim, CA 92806

Ronald A Norman,
Law Offices of Ronald A Norman,
5404 Whitsett Avenue, Suite 133,
Valley Village, CA 91607

Rick Dela Riva, 17128 Colima Road Apartment 111
Hacienda Heights, CA  91745-6769

Rick Dela Riva
1537 Orchard Hill Lane. Hacienda Heights, CA, 91745-3840

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 26, 2018**,** I served the
following persons and/or entities byersonal delivery, overnight mail service, or (for those who consented in writing to such
service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that
personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA FEDERAL EXPRESS OVERNIGHT MAIL:
Honorable, Catherine E. Bauer, United States Bankruptcy Court,
411 West 4th St., 5th floor, Santa Ana, CA  92701

I, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 26, 2018 | Tari King | /s/ Tari King |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.