| | |
|---|---|
| **AMRANE COHEN**<br>**CHAPTER 13 TRUSTEE**<br>770 The City Drive South, Suite 8500<br>Orange CA, 92868<br>Tel: (714) 621-0200<br>Fax: (714) 621-0277 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| IN RE:<br>RANDY RAMIREZ<br><br>　　　　　　　　　Debtor(s). | Chapter 13<br>Case No.:  8:18-bk-12466-CB<br><br>**NOTICE THAT TRUSTEE MAY MAKE AN ORAL MOTION TO DISMISS OR CONVERT THIS CASE FOR CAUSE**<br>**<u>Confirmation Hearing</u>**<br>DATE:　Thursday, September 20, 2018<br>TIME:　　1:30 pm<br>CRTRM:　at  411 W. 4th St., Santa Ana, CA |

　　　　　NOTICE IS HEREBY GIVEN that on the date, time and in the Courtroom above referenced, the Court will consider confirmation of the Debtor(s)' Chapter 13 Plan.  In the event the Debtor(s)' Plan is not confirmed by the Court at that hearing, the Court will also consider the Chapter 13 Trustee's motion to dismiss the case, including dismissal with a 180-day bar against refiling under 11 U.S.C.  Section 109(g), or to convert the Chapter 13 Case to Chapter7, should the Debtor(s) fail to: (1) comply with 11 U.S.C.  Section 1307; (2) comply with 11 U.S.C. Section 1322; (3) comply with 11 U.S.C. Section 1325; (4) comply with Local Bankruptcy Rule 3015-1; and/or, (5) comply with orders of the Court.

　　　　　NOTICE IS FURTHER GIVEN that opposition, if any, to such oral motion by the Trustee may be presented at that hearing.

Dated: July 31, 2018.　　　　　　　　　　　　　　　/s/Amrane Cohen　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Amrane Cohen, Chapter 13 Trustee

| In re:<br>Randy Ramirez<br>120 S. Milton Street<br>Anaheim, CA 92806 | Debtor(s). | CHAPTER 13<br><br>Case No.: 8:18-bk-12466-CB |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #8500
ORANGE, CA 92868

A true and correct copy of the foregoing document described as NOTICE OF MOTION TO DISMISS OR CONVERT CASE FOR CAUSE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/31/2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Ronald A Norman    ronaldanorman@sbcglobal.net

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 7/31/2018 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Randy Ramirez
120 S. Milton Street
Anaheim, CA 92806

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that persoanl delivery on the judge will be completed no later than 24 hours after the document is filed.

Delivered to the intake box for _____ on the 5th Floor of the Bankruptcy Court

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/31/2018 | Armando Cortez | /s/ Armando Cortez |
|---|---|---|
| Date | Type Name | Armando Cortez |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE