**Ronald A Norman**
Law Offices of Ronald A Norman
13400 Riverside Dr Ste 105
Sherman Oaks, CA 91423
818-981-8989
Email: ronaldanorman@sbcglobal.net

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**RANDY RAMIREZ**<br><br>Debtor | Case number: **8:18-bk-12466-CB**<br><br>Chapter 13<br><br>**DECLARATION OF RONALD A NORMAN**<br><br>Hearing set<br><br>August 7, 2018 10:00 a.m.<br>Ctrm: 5D<br>411 W. 4th Street<br>Santa Ana CA 92701 |

I, Ronald A Norman declare as follows;

1. I am an attorney duly licensed to practice law in the State of California and before the United States Bankruptcy Court for the Central District of California.

2. I am the Attorney representing the Debtor in the hereinabove identified bankruptcy case whereby, except as to those facts known to me on information and belief, I am

personally familiar with the facts set forth in this declaration by which if called upon to do so, I could and would be able to competently testify thereto.:

3. I make this declaration pursuant to the Court's July 24, 2018 order requiring e to file a Declaration, under penalty of perjury, explaining the purpose and feasibility of the subject Debtor's case given his prior bankruptcies and failure to file case commencement documents for the third consecutive bankruptcy.

4. On February 27, 2017 my office previously filed for this Debtor a chapter 13 bankruptcy identified as case number 8:18-bk-10590-CB.

5. During an "OSC" hearing on March 30, 2018, this Court summarily dismissed that case upon the Debtor's disclosure that he had not obtain his credit counseling certificate until <u>after</u> his case was filed.

6. Upon dismissing Debtor's case on March 30, 2018, the Court indicated Debtor could and should "re-file" his case and was assured it would be done by my office at no additional cost for attorney's fees, whereby this instant case was thus filed.

7. Accordingly and because said case was, so, dismissed, Debtor did not file the usually required case commencement information and schedules.

8. I am informed and believe that Debtor may have filed a previous bankruptcy case that was dismissed May 17, 2017.. .

DECLARATION OF RONALD A. NORMAN

2

9. I am now informed and believe that the Court's dismissal of Debtor's case number 8:18-bk-10590-CB for Debtor's failure to timely acquire his credit counseling certificate was not thereafter entered and that the case was later dismissed for failure to file information .

10. The Court further ordered that I include in my declaration an explanation of my relationship to "Mr. Riva".

11. I have no knowledge or relationship with a person, or entity known to me as "Mr. Rivas".

12. Insofar as this Debtor is concerned as to this instant case, I am informed and believe that he presently has sufficient income and ability to initiate and sustain a viable chapter 13 bankruptcy plan.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed, this 2nd day of August 2018, at Los Angeles California.

\_\_\_\_\_/s/_____
Ronald A Norman