| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>Frank Cadigan (State Bar No. 095666)<br>Attorney for the U.S. Trustee<br>Ronald Reagan Federal Building &<br>    United States Courthouse<br>411 West Fourth Street., #7160<br>Santa Ana, CA  92701<br>Tel: (714) 338-3400<br>Fax: (714) 338-3421<br>Frank.Cadigan@usdoj.gov<br><br>☒ *Attorney for: United States Trustee* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION** ||
| In re:<br><br>RANDY RAMIREZ,<br><br><br><br><br><br><br>                                            Debtor. | CASE NO.: 8:18-bk-12466-CB<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: <u>COURT'S ORDER TO SHOW CAUSE</u>** |

PLEASE TAKE NOTE that the order titled **ORDER VACATING ORDER TO SHOW CAUSE RE: THE DEBTOR RANDY RAMIREZ, ATTORNEY RONALD A. NORMAN AND RICK DELA RIVA, AKA RICK DE LA RIVA, AKA RICHARD D. RIVA AKA JAMES RIVA** was lodged on <u>August 8, 2018</u> and is attached.  This order relates to the Court's Order to Show Cause which is docket number <u>4.</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

PETER C. ANDERSON
UNITED STATES TRUSTEE
Frank M. Cadigan (Bar No. 095666)
Assistant U.S. Trustee
Ronald Reagan Federal Building &
    United States Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:   frank.cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RANDY RAMIREZ,<br><br>             Debtor. | CASE NUMBER: **8:18-bk-12466-CB**<br><br>CHAPTER 13<br><br>ORDER VACATING ORDER TO SHOW CAUSE RE: THE DEBTOR RANDY RAMIREZ, ATTORNEY RONALD A. NORMAN AND RICK DELA RIVA, AKA RICK DE LA RIVA, AKA RICHARD D. RIVA AKA JAMES RIVA<br><br>**DATE: AUGUST 7, 2018**<br>**TIME:  10:00 a.m.**<br>**CTRM: 5D** |

The matter of the Court's Order to Show Cause, entered on July 10, 2018 [Docket #4], requiring the Debtor to appear, in person, with his attorney Ronald A. Norman and explain the purpose and feasibility of the current filing, given the multiple prior unsuccessful bankruptcies, having taken place at the date and time indicated above, and all appearances having been noted on the record, with the exception of James Riva who did not appear, and the Court having heard the arguments of counsel and being fully advised in the premises and for good cause shown,

**IT IS ORDERED:**

1. The Order to Show Cause is vacated.

1

2. On or before August 21, 2018 attorney Ronald A. Norman shall file with the Court and serve upon the United States Trustee a Declaration setting forth the following:

• A description of any enhancements to the office's practice and procedure for properly calendaring court hearings.

• A description of the methods employed to ensure accurate and timely communications between attorneys in the office and communications between attorney and office staff regarding client matters.

• The process used to evaluate referrals of clients from attorneys and non-attorneys.

• The procedures used to assess the feasibility of Plans for clients filing cases under Chapter 13.

3. Failure of counsel or the Law Firm to fully comply with all Court orders, may subject individual counsel or the Law Firm to further sanctions, including referral to the Disciplinary Panel for Bankruptcy Courts for the Central District of California.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 WEST FOURTH ST., #7160, SANTA ANA, CA 92701

A true and correct copy of the foregoing document entitled: **ORDER VACATING ORDER TO SHOW CAUSE RE: THE DEBTOR RANDY RAMIREZ, ATTORNEY RONALD A. NORMA AND RICK DELA RIVA, AKA RICK DE LA RIVA, AKA AKA RICHARD D. RIVA AKA JAMES RIVA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **August 9, 2018,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Frank Cadigan     frank.cadigan@usdoj.gov
- Amrane (SA) Cohen (TR)     efile@ch13ac.com
- Ronald A Norman     ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **August 9. 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Randy Ramirez
120 S. Milton Street
Anaheim, CA  92806

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 9, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Catherine E. Bauer – bin on the 5th Floor

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 9. 2018 | Michele R.F. Saffari | /s/ Michele R.F. Saffari |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**