United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-12466-CB
Randy Ramirez                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin          Page 1 of 1                  Date Rcvd: Aug 15, 2018
                              Form ID: pdf042      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db             +Randy Ramirez,    120 S Milton Street,    Anaheim, CA 92806-3109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
      Amrane (SA) Cohen (TR)    efile@ch13ac.com
      Frank Cadigan    on behalf of U.S. Trustee    United States Trustee (SA) frank.cadigan@usdoj.gov
      Ronald A Norman    on behalf of Debtor Randy  Ramirez ronaldanorman@sbcglobal.net,
   david@jshoffmanlaw.com
      United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                                                                                                                                    TOTAL: 4

Peter C. Anderson
United States Trustee
Frank M. Cadigan, SBN 095666
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
frank.cadigan@usdoj.gov

**FILED & ENTERED**

**AUG 15 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** le            **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RANDY RAMIREZ,<br><br>　　　　Debtor. | Case No: 8:18-bk-12466-CB<br><br>Chapter 13<br><br>ORDER VACATING ORDER TO SHOW CAUSE RE: THE DEBTOR RANDY RAMIREZ, ATTORNEY RONALD A. NORMAN AND RICK DELA RIVA, AKA RICK DE LA RIVA, AKA RICHARD D. RIVA AKA JAMES RIVA<br><br>Date: August 7, 2018<br>Time:  10:00 A.M.<br>Courtroom: 5D<br>Address:　　411 W 4th St<br>　　　　　　　Santa Ana, CA  92701 |

A continued hearing was held on August 7, 2018, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on the Court's Order To Show Cause And Order Compelling Personal Appearances Of The Debtor Randy Ramirez, Attorney Ronald A. Norman And Rick Dela Riva, aka Rick De La Riva, aka Richard D. Riva aka James Riva ("OSC").  Appearances were made as noted on the record.

//

//

1

The Court having reviewed the OSC, heard the statements of counsel, noted the absence of Rick Dela Riva, aka Rick De La Riva, aka Richard D. Riva aka James Riva and with good cause shown,

**IT IS ORDERED:**

1. The OSC is vacated.
2. On or before August 21, 2018, attorney Ronald A. Norman shall file with the Court and serve on the United States Trustee a Declaration setting forth the following:
   - A description of the enhancements made to his law office's practices and procedures for properly calendaring court hearings.
   - A description of the methods employed by his law office to ensure accurate and timely communications between attorneys in the office as well as the communications between attorney and office staff regarding client matters.
   - The process used by the office to evaluate referrals of clients from attorneys and non-attorneys.
   - The procedures used by the office to assess the feasibility of Plans for clients filing cases under Chapter 13.
3. Failure to fully comply with all Court orders, including this Order and orders to personally appear, may subject counsel to further sanctions, including referral to the Central District of California Bankruptcy Court's Disciplinary Panel.

###

Date: August 15, 2018

Catherine Bauer
United States Bankruptcy Judge

2