| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ronald A Norman<br>Law Offices of Ronald A Norman<br>5404 Whitsett Avenue, Suite 133<br>Valley Village, CA 91607<br>818-761-7181<br>Fax : 818-232-9283<br>Email: ronaldanorman@sbcglobal.net | 910.93<br><br>Shellpoint Mortgage Servicing<br>P.O. Box 65250<br>PO Box 1410<br>Salt Lake City, UT 84165-0250<br>Troy MI 48099-1410<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Randy Ramirez<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-12466-CB<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS ON:**<br>1) DEEDS OF TRUST [OR MORTGAGES]<br>2) LEASES ON PERSONAL PROPERTY<br>3) PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY<br>[LBR 3015-1(e) and LBR 3015-1(m)]<br><br>[No Hearing Required] |

I, (Debtor's name) __Randy Ramirez_____, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on: __07/08/2018_____.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                         Page 1                        F 3015-1.4.DEC.PRECONF.PYMTS

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| 120 S Milton Street Anaheim, CA 92806 | Name of Creditor (printed): Shellpoint Mortgage<br><br>(check one):<br>☑ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (specify):_____ | 1986.84 | 1st | 27th |
| 120 S Milton Street Anaheim, CA 92806 | Name of Creditor (printed): Shellpoint Mortgage<br><br>(check one)<br>☑ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (specify):_____ | 1986.84 | 1st | 27th |
|  | Name of Creditor (printed): _____<br><br>(check one)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (specify):_____ |  |  |  |
|  | Name of Creditor (printed): _____<br><br>(check one)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (specify):_____ |  |  |  |

---

[1] Attach additional pages if necessary
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (printed): _____ <br><br> (check one): <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (specify):_____ | | | |
| | Name of Creditor (printed): _____ <br><br> (check one) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (specify):_____ | | | |
| | Name of Creditor (printed): _____ <br><br> (check one) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (specify):_____ | | | |

6. ☐ Continued on Attached Page.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 08/28/2018          By: _/s/ Randy Ramirez_
                              Signature of Debtor
                              Randy Ramirez
                              Printed Name of Debtor

---

[3] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                Page 3                F 3015-1.4.DEC.PRECONF.PYMTS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **DECLARATION RE FILING OF TAX RETURNS AND PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS (PRECONFIRMATION)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/4/18_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/4/18 | Mark Kramer | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 3                    F 3015-1.08.DEC.TAX.DSO

```
bel Matrix for local noticing          Santa Ana Division                        FRANCHISE TAX BOARD
73-8                                    411 West Fourth Street, Suite 2030,      BANKRUPTCY SECTION MS A340
se 8:18-bk-12466-CB                     Santa Ana, CA 92701-4500                 PO BOX 2952
ntral District of California                                                     SACRAMENTO CA 95812-2952
nta Ana
e Sep  4 17:12:57 PDT 2018

anchise Tax Board                       LVNV Funding, LLC its successors and assigns    Resurgent Capital Services
 Box 2952                               assignee of MHC Receivables, LLC and     PO Box 10587
cramento CA 95812-2952                  FNBM, LLC                                Greenville, SC 29603-0587
                                        Resurgent Capital Services
                                        PO Box 10587
                                        Greenville, SC 29603-0587

lect Portfolio Servicing, Inc.          Shellpoint Mortgage Servicing            United States Trustee (SA)
. Box 65250                             PO Box 1410                              411 W Fourth St., Suite 7160
lt Lake City, UT 84165-0250             Troy MI 48099-1410                       Santa Ana, CA 92701-4500


rane (SA) Cohen (TR)                    Randy Ramirez                            Ronald A Norman
 The City Drive South Suite 8500        120 S Milton Street                      Law Offices of Ronald A Norman
ange, CA 92868-4958                     Anaheim, CA 92806-3109                   5404 Whitsett Avenue, Suite 133
                                                                                 Valley Village, CA 91607-1615


d of Label Matrix
ilable recipients      11
passed recipients       0
tal                    11
```